UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: GALLAGHER, ROBERT M. | § | Case No. 10-28458 |
| GALLAGHER, TRUDY BERGESON | § | |
| | § | |
| Debtor(s) BERGESON, TRUDY | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that MICHAEL G. BERLAND_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn
Chicago, IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 07/08/2011 in Courtroom 201, United States Courthouse,
Will County Court Annex Building
57 N. Otttawa Street, Suite 201
Joliet, IL .
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed: 06/01/2011          By: /s/ Michael G. Berland
                                          Trustee

MICHAEL G. BERLAND
1 NORTH LASALLE STREET
STE 1775
CHICAGO, IL 60602
(312) 855-1272

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: GALLAGHER, ROBERT M.  § Case No. 10-28458
      GALLAGHER, TRUDY BERGESON  §
                                  §
Debtor(s) BERGESON, TRUDY         §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 21,441.82 |
| *and approved disbursements of* | $ 10,827.00 |
| *leaving a balance on hand of* [1] | $ 10,614.82 |

**Balance on hand:**  $ 10,614.82

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:  $ 0.00
Remaining balance:  $ 10,614.82

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MICHAEL G. BERLAND | 2,526.18 | 0.00 | 2,526.18 |

Total to be paid for chapter 7 administration expenses:  $ 2,526.18
Remaining balance:  $ 8,088.64

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:  $ 0.00
Remaining balance:  $ 8,088.64

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|   |   |   |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 8,088.64 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 59,566.96 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 13.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Chase Bank USA, N.A. | 27,389.88 | 0.00 | 3,719.29 |
| 2 | Design Dental Studio,c/o Collection Professionals | 498.16 | 0.00 | 67.65 |
| 3 | Capital Recovery IV LLC,c/oRecovery Management Systems | 28,638.15 | 0.00 | 3,888.79 |
| 4 | GE Money Bank,c/o Recovery Management Systems | 2,144.42 | 0.00 | 291.19 |
| 5 | FIA Card Services, NA/Bank of America,American InfoSurce, ag | 896.35 | 0.00 | 121.72 |

|   |   |   |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 8,088.64 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/MICHAEL G. BERLAND
Michael G Berland

MICHAEL G. BERLAND
1 NORTH LASALLE STREET
STE 1775
CHICAGO, IL  60602
(312) 855-1272

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                      Case No. 10-28458-BWB
Robert M. Gallagher                                                         Chapter 7
Trudy Bergeson Gallagher
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: rgreen                Page 1 of 2            Date Rcvd: Jun 01, 2011
                              Form ID: pdf006             Total Noticed: 60

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 03, 2011.
```
db/jdb     +Robert M. Gallagher,    Trudy Bergeson Gallagher,    215 Kansas Street,    Frankfort, IL 60423-1410
aty        +Wayne Giampietro,    125 S Wacker Dr Ste 2700,    Chicago, IL 60606-4475
aty        +William P Drew, III,    7622 West 159th Street,    Orland Park, IL 60462-5402
tr         +Michael G Berland,    1 N LaSalle St,   No.1775,    Chicago, IL 60602-4065
16145011   +1400 Museum Park, LLC,    Brown, Udell & Peters, LTD.,    1332 N. Halsted Street, Suite 100,
             Chicago, IL 60642-2637
15762787   +ACL Laboratories,    PO Box 27901,    West Allis, WI 53227-0901
15762791   +AT&T,    ATTN: AT&T U-verse,    P.O. Box 5014,    Carol Stream, IL 60197-5014
15762789   +Associated Radiologists of Jol,    39069 Treasury Center,    Chicago, IL 60694-9000
15762790   +Associated Radiologists of Joli,    39069 Treasury Center,    Chicago, IL 60694-9000
15762793   +BFDR Family Medicine, Ltd.,    10751 W. 143rd St.,    Orland Park, IL 60462-1900
15762792   +Bank Of America,    Po Box 17054,    Wilmington, DE 19850-7054
15762801    CMP Surgery Center,    3412 W. Fullerton Ave.,    Orland Park, IL 60467
15762804   +CVS Pharmacy,    15840 Cicero Avenue,    Oak Forest, IL 60452-3654
15762794   +Cap One,   Po Box 85520,    Richmond, VA 23285-5520
15762795    Capital One Bank (USA), NA,    P.O. Box 71083,    Charlotte, NC 28272-1083
15762796    Card Services,    P.O. Box 8833,    Wilmington, DE 19899-8833
15762797   +Card Services,    100 South West Street,    Wilmington, DE 19801-5015
15762798   +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
16564488    Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
15762799   +Citi,    Po Box 6241,   Sioux Falls, SD 57117-6241
15762802    Collection Professionals, Inc.,    723 First Street,    La Salle, IL 61301-2535
15762803   +Cook County State’s Attorney,    P.O. Box A3934,    Chicago, IL 60690-3934
16145012    Cook County State’s Attorney Office,    POB A3984,    Chicago, IL 60690-3984
15762805    Dermatology Associates Ltd,    18425 West Creek Drive Suite F,    Tinley Park, IL 60477-6768
16686115   +Design Dental Studio,    c/o Collection Professionals Inc.,    P.O. Box 416,
             Lasalle, IL 61301-0416
15762806   +Design Dental Studio,    11137 W. Lincoln Hwy,    Frankfort, IL 60423-7428
15762807   +Digestive Health Consultants, SC,    PO Box 433,    Lemont, IL 60439-0433
15762808    Dr. Alan J. Heath, D.D.S.,    237 S. La Grange Rd,    Frankfort, IL 60423-1494
15762809   +EM Strategies, Ltd.,    PO Box 366,    Hinsdale, IL 60522-0366
15762810   +FIA Card Services, N.A.,    PO Box 26012,    Greensboro, NC 27420-6012
15762811   +First National Collection Bureau,    610 Waltham Way,    Sparks, NV 89434-6695
15762812   +First Premier Bank,    P.O. Box 5147,    Sioux Falls, SD 57117-5147
15762813   +Frankfort Fire Protection District,    P.O. Box 457,    Frankfort, IL 60423-0457
15762814   +Fullerton-Kimball Medical Grp,    3412 W. Fullerton Ave.,    Chicago, IL 60647-2416
15762816   +Harris & Harris Ltd,    222 Merchandise Mart Plz,    Chicago, IL 60654-1103
15762817   +Harry Kunelis, DDS,    11137 W. Lincoln Hwy,    Frankfort, IL 60423-7428
15762818   +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
15762819   +John C. Bonewicz, P.C.,    8001 N. Lincoln Avenue,    Suite 402,    Skokie, IL 60077-3657
15762820   +Juniper Card Services,    P.O. Box 13337,    Philadelphia, PA 19101-3337
15762821    LCA Collections,    P.O. Box 2240,    Burlington, NC 27216-2240
15762822   +Lincolnway Medical Associates,    P.O. Box 1184,    Bedford Park, IL 60499-1184
15762823   +Mcydsnb,   9111 Duke Blvd,    Mason, OH 45040-8999
15762824   +Nationwide Credit & Co,    815 Commerce Dr Ste 100,    Oak Brook, IL 60523-8839
15762825   +Parkview Othopadic Group, S.C.,    7600 W. College Drive,    Palos Heights, IL 60463-1001
15762826   +Pathology Laboratory Consultants,    6965 Reliable Parkway,    Chicago, IL 60686-0069
15762827   +Pathology Laboratory Consultants, S,    6965 Relaible Parkway,    Chicago, IL 60686-0069
15762831   +SKO Brenner American, Inc.,    40 Daniel St.,    PO box 230,    Farmingdale, NY 11735-0230
15762828   +Saint James Hospital,    37653 Eagle Way,    Chicago, IL 60678-1376
15762829   +Service Medical Equipment,    P.O. Box 266,    Westmont, IL 60559-0266
15762830   +Silver Cross Hospital,    Payment Processing Center,    P.O. Box 739,    Moline, IL 61266-0739
15762832   +Southwest Credit,    4120 International Pkwy,    Suite 1100,    Carrollton, TX 75007-1958
15762833   +The Contour,    P.O. Box 406,    Farmingdale, NY 11735-0406
15762834   +United Collection Bureau, Inc.,    5620 Southwyck Blvd,    Suite 206,    Toledo, OH 43614-1501
15762835   +Van Ru Credit Corp.,    1350 E. Touhy Ave,    100E,    Des Plaines, IL 60018-3337
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
15762788   +E-mail/Text: roy.buchholz@allianceoneinc.com Jun 02 2011 01:22:24
             Alliance One Recivable Management,    4850 Street Rd,    Suite 300,    Trevose, PA 19053-6643
16716926    E-mail/PDF: rmscedi@recoverycorp.com Jun 02 2011 01:42:44     Capital Recovery IV LLC,
             c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
15762800   +E-mail/Text: jennifer.derlein@citizens1st.com Jun 02 2011 01:22:16     Citizens First Natl Bk,
             606 S Main St,    Princeton, IL 61356-2080
16921249    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 02 2011 01:41:29
             FIA Card Services, NA/Bank of America,    by American InfoSource LP as its agent,    PO Box 248809,
             Oklahoma City, OK  73124-8809
16854962    E-mail/PDF: gecsedi@recoverycorp.com Jun 02 2011 01:42:44     GE Money Bank,
             c/o Recovery Management Systems Corporat,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
15762815   +E-mail/PDF: gecsedi@recoverycorp.com Jun 02 2011 01:42:44     Gemb/Sams Club,    Po Box 981400,
             El Paso, TX 79998-1400
                                                                                              TOTAL: 6
```

```
District/off: 0752-1           User: rgreen                Page 2 of 2                   Date Rcvd: Jun 01, 2011
                               Form ID: pdf006             Total Noticed: 60

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16145013*    +BFDR Family Medicine, LTD,   10751 W. 143rd St.,   Orland Park, IL 60462-1900
                                                                                          TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 03, 2011**                **Signature:**   *Joseph Speetjens*