# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: GALLAGHER, ROBERT M. § Case No. 10-28458
   GALLAGHER, TRUDY BERGESON §
                §
Debtor(s) BERGESON, TRUDY §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

  MICHAEL G. BERLAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $463,870.00<br>*(without deducting any secured claims)* | Assets Exempt: $86,051.00 |
| Total Distribution to Claimants: $8,088.83 | Claims Discharged<br>Without Payment: $78,071.39 |
| Total Expenses of Administration: $9,673.18 | |

  3) Total gross receipts of $ 21,442.01 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 3,680.00 (see **Exhibit 2**), yielded net receipts of $17,762.01 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $458,893.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 9,673.18 | 9,673.18 | 9,673.18 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 110,514.27 | 59,566.96 | 59,566.96 | 8,088.83 |
| **TOTAL DISBURSEMENTS** | $569,407.27 | $69,240.14 | $69,240.14 | $17,762.01 |

4) This case was originally filed under Chapter 7 on June 25, 2010. The case was pending for 16 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/20/2011          By: /s/MICHAEL G. BERLAND
                                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Lawsuit-Trudy Bergeson v. 14000 Musuem Park-sch | 1129-000 | 21,441.71 |
| Interest Income | 1270-000 | 0.30 |
| **TOTAL GROSS RECEIPTS** | | **$21,442.01** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Trudy Bergeson Gallagher | Payment of debtor's exemption per court order | 8100-002 | 3,680.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$3,680.00** |

### EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Citizens First Natl Bk | 4110-000 | 45,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Citizens First Natl Bk | 4110-000 | 58,965.00 | N/A | N/A | 0.00 |
| NOTFILED | Citizens First Natl Bk | 4110-000 | 354,928.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$458,893.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MICHAEL G. BERLAND | 2100-000 | N/A | 2,526.18 | 2,526.18 | 2,526.18 |
| Giampetro & Poltrock | 3210-600 | N/A | 7,147.00 | 7,147.00 | 7,147.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 9,673.18 | 9,673.18 | 9,673.18 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | 0.00 | 0.00 | 0.00 | |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Chase Bank USA, N.A. | 7100-000 | 27,058.64 | 27,389.88 | 27,389.88 | 3,719.38 |
| 2 | Design Dental Studio,c/o Collection Professionals | 7100-000 | 340.33 | 498.16 | 498.16 | 67.65 |
| 3 | Capital Recovery IV LLC,c/oRecovery Management | 7100-000 | 28,941.34 | 28,638.15 | 28,638.15 | 3,888.88 |
| 4 | GE Money Bank,c/o Recovery Management Systems | 7100-000 | N/A | 2,144.42 | 2,144.42 | 291.20 |
| 5 | FIA Card Services, NA/Bank of America,American | 7100-000 | 27,580.70 | 896.35 | 896.35 | 121.72 |
| NOTFILED | Lincolnway Medical Associates | 7100-000 | 77.55 | N/A | N/A | 0.00 |
| NOTFILED | Nationwide Credit & Co | 7100-000 | 516.00 | N/A | N/A | 0.00 |
| NOTFILED | Mcydsnb | 7100-000 | 2,003.55 | N/A | N/A | 0.00 |
| NOTFILED | LCA Collections | 7100-000 | 56.00 | N/A | N/A | 0.00 |
| NOTFILED | Gemb/Sams Club | 7100-000 | 1,839.32 | N/A | N/A | 0.00 |
| NOTFILED | Juniper Card Services | 7100-000 | 2,223.10 | N/A | N/A | 0.00 |
| NOTFILED | Harry Kunelis, DDS | 7100-000 | 5.00 | N/A | N/A | 0.00 |
| NOTFILED | Harris & Harris Ltd | 7100-000 | 75.00 | N/A | N/A | 0.00 |
| NOTFILED | Nationwide Credit & Co | 7100-000 | 138.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Hsbc Bank | 7100-000 | 1,459.00 | N/A | N/A | 0.00 |
| NOTFILED | Pathology Laboratory Consultants | 7100-000 | 6.70 | N/A | N/A | 0.00 |
| NOTFILED | Silver Cross Hospital Payment Processing Center | 7100-000 | 535.34 | N/A | N/A | 0.00 |
| NOTFILED | The Contour | 7100-000 | 199.80 | N/A | N/A | 0.00 |
| NOTFILED | Silver Cross Hospital Payment Processing Center | 7100-000 | 675.68 | N/A | N/A | 0.00 |
| NOTFILED | Service Medical Equipment | 7100-000 | 9.00 | N/A | N/A | 0.00 |
| NOTFILED | Pathology Laboratory Consultants, S | 7100-000 | 6.70 | N/A | N/A | 0.00 |
| NOTFILED | Saint James Hospital | 7100-000 | 378.24 | N/A | N/A | 0.00 |
| NOTFILED | Parkview Othopadic Group, S.C. | 7100-000 | 324.00 | N/A | N/A | 0.00 |
| NOTFILED | Pathology Laboratory Consultants, S | 7100-000 | 20.55 | N/A | N/A | 0.00 |
| NOTFILED | Fullerton-Kimball Medical Grp | 7100-000 | 218.15 | N/A | N/A | 0.00 |
| NOTFILED | Parkview Othopadic Group, S.C. | 7100-000 | 419.16 | N/A | N/A | 0.00 |
| NOTFILED | EM Strategies, Ltd. | 7100-000 | 34.20 | N/A | N/A | 0.00 |
| NOTFILED | Associated Radiologists of Joli | 7100-000 | 68.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank Of America | 7100-000 | 840.42 | N/A | N/A | 0.00 |
| NOTFILED | AT&T | 7100-000 | 878.04 | N/A | N/A | 0.00 |
| NOTFILED | Associated Radiologists of Jol | 7100-000 | 33.00 | N/A | N/A | 0.00 |
| NOTFILED | ACL Laboratories | 7100-000 | 9.20 | N/A | N/A | 0.00 |
| NOTFILED | BFDR Family Medicine, Ltd. | 7100-000 | 160.00 | N/A | N/A | 0.00 |
| NOTFILED | Cap One | 7100-000 | 122.00 | N/A | N/A | 0.00 |
| NOTFILED | Dr. Alan J. Heath, D.D.S. | 7100-000 | 715.00 | N/A | N/A | 0.00 |
| NOTFILED | First Premier Bank | 7100-000 | 624.66 | N/A | N/A | 0.00 |
| NOTFILED | Digestive Health Consultants, SC | 7100-000 | 1,970.00 | N/A | N/A | 0.00 |
| NOTFILED | CVS Pharmacy | 7100-000 | 6.90 | N/A | N/A | 0.00 |
| NOTFILED | Dermatology Associates Ltd | 7100-000 | 63.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One Bank (USA), NA | 7100-000 | 823.61 | N/A | N/A | 0.00 |
| NOTFILED | Cook County State's Attorney | 7100-000 | 407.66 | N/A | N/A | 0.00 |
| NOTFILED | CMP Surgery Center | 7100-000 | 8,576.73 | N/A | N/A | 0.00 |
| NOTFILED | Frankfort Fire Protection District | 7100-000 | 75.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 110,514.27 | 59,566.96 | 59,566.96 | 8,088.83 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-28458  
**Case Name:** GALLAGHER, ROBERT M.  
GALLAGHER, TRUDY BERGESON  
**Period Ending:** 10/20/11

**Trustee:** (520196) MICHAEL G. BERLAND  
**Filed (f) or Converted (c):** 06/25/10 (f)  
**§341(a) Meeting Date:** 08/09/10  
**Claims Bar Date:** 03/07/11

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 215 Kansas, Frankfort-scheduled | 410,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Old Second Bank Checking-scheduled | 300.00 | 0.00 | DA | 0.00 | FA |
| 3 | Chase checking-scheduled | 20.00 | 0.00 | DA | 0.00 | FA |
| 4 | Household goods-scheduled | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 5 | Wearing apparel-scheduled | 300.00 | 0.00 | DA | 0.00 | FA |
| 6 | Wearing apparel-scheduled | 250.00 | 0.00 | DA | 0.00 | FA |
| 7 | Wedding ring-scheduled | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 8 | Wedding ring-scheduled | 500.00 | 0.00 | DA | 0.00 | FA |
| 9 | Term life Union-scheduled | 0.00 | 0.00 | DA | 0.00 | FA |
| 10 | Term life Union-scheduled | 0.00 | 0.00 | DA | 0.00 | FA |
| 11 | Retirement annuity | 11,000.00 | 0.00 | DA | 0.00 | FA |
| 12 | IMRF/QDRO pension | 30,000.00 | 0.00 | DA | 0.00 | FA |
| 13 | Bergeson Realty & Investments-scheduled | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 14 | Lawsuit-Trudy Bergeson v. 14000 Musuem Park-sch | Unknown | 0.00 | | 21,441.71 | FA |
| 15 | 1997 Saab-scheduled | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 16 | 2001 Ford-schuduled | 4,000.00 | 0.00 | DA | 0.00 | FA |
| 17 | Work tools-scheduled | 500.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.30 | Unknown |
| 18 | Assets Totals (Excluding unknown values) | **$463,870.00** | **$0.00** | | **$21,442.01** | **$0.00** |

**Major Activities Affecting Case Closing:**

The Trustee employed special counsel to prosecute a lawsuit.

**Initial Projected Date Of Final Report (TFR):** December 31, 2014  **Current Projected Date Of Final Report (TFR):** December 31, 2014

## Form 2

### Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 10-28458 | | Trustee: | MICHAEL G. BERLAND (520196) |
| --- | --- | --- | --- | --- |
| Case Name: | GALLAGHER, ROBERT M. | | Bank Name: | The Bank of New York Mellon |
| | GALLAGHER, TRUDY BERGESON | | Account: | 9200-******55-65 - Money Market Account |
| Taxpayer ID #: | **-***5146 | | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 10/20/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 03/24/11 | {14} | Coldwell Banker | Partial payement of settlement per court order | 1129-000 | 21,340.87 | | 21,340.87 |
| 03/24/11 | {14} | Brown Udell, et al | Payment of remainder of settlemet per court order | 1129-000 | 100.84 | | 21,441.71 |
| 03/29/11 | 1001 | Giampetro & Poltrock | Payment of sepcial counsel fee per court order Stopped on 03/29/11 | 3210-600 | | 7,147.00 | 14,294.71 |
| 03/29/11 | 1001 | Giampetro & Poltrock | Payment of sepcial counsel fee per court order Stopped: check issued on 03/29/11 | 3210-600 | | -7,147.00 | 21,441.71 |
| 03/29/11 | 1002 | Trudy Bergeson Gallagher | Payment of  debtor's exemption per court order | 8100-002 | | 3,680.00 | 17,761.71 |
| 03/29/11 | 1003 | Giampetro & Poltrock | Payment of special counsel attorney fees per court rdrer | 3210-600 | | 7,147.00 | 10,614.71 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.03 | | 10,614.74 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.08 | | 10,614.82 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.09 | | 10,614.91 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.08 | | 10,614.99 |
| 07/07/11 | Int | The Bank of New York Mellon | Current Interest Rate is  0.0100% | 1270-000 | 0.01 | | 10,615.00 |
| 07/07/11 | | To Account #9200******5567 | Transfer for purpose of final distribution | 9999-000 | | 10,615.00 | 0.00 |
| | | | ACCOUNT TOTALS | | 21,442.00 | 21,442.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 10,615.00 | |
| | | | **Subtotal** | | 21,442.00 | 10,827.00 | |
| | | | Less: Payments to Debtors | | | 3,680.00 | |
| | | | **NET Receipts / Disbursements** | | **$21,442.00** | **$7,147.00** | |

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 10-28458 | | Trustee: | MICHAEL G. BERLAND (520196) |
|---|---|---|---|---|
| Case Name: | GALLAGHER, ROBERT M. | | Bank Name: | The Bank of New York Mellon |
| | GALLAGHER, TRUDY BERGESON | | Account: | 9200-******55-66 - Checking Account |
| Taxpayer ID #: | **-***5146 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 10/20/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/13/11 | | From Account #9200******5567 | Transfer for purpose of final distribution | 9999-000 | 10,615.01 | | 10,615.01 |
| 07/14/11 | 101 | MICHAEL G. BERLAND | Dividend paid 100.00% on $2,526.18, Trustee Compensation; Reference: | 2100-000 | | 2,526.18 | 8,088.83 |
| 07/14/11 | 102 | Chase Bank USA, N.A. | Dividend paid 13.57% on $27,389.88; Claim# 1; Filed: $27,389.88; Reference: | 7100-000 | | 3,719.38 | 4,369.45 |
| 07/14/11 | 103 | Design Dental Studio,c/o Collection Professionals | Dividend paid 13.57% on $498.16; Claim# 2; Filed: $498.16; Reference: | 7100-000 | | 67.65 | 4,301.80 |
| 07/14/11 | 104 | Capital Recovery IV LLC,c/oRecovery Management Systems | Dividend paid 13.57% on $28,638.15; Claim# 3; Filed: $28,638.15; Reference: | 7100-000 | | 3,888.88 | 412.92 |
| 07/14/11 | 105 | GE Money Bank,c/o Recovery Management Systems | Dividend paid 13.57% on $2,144.42; Claim# 4; Filed: $2,144.42; Reference: | 7100-000 | | 291.20 | 121.72 |
| 07/14/11 | 106 | FIA Card Services, NA/Bank of America,American InfoSurce, ag | Dividend paid 13.57% on $896.35; Claim# 5; Filed: $896.35; Reference: | 7100-000 | | 121.72 | 0.00 |
| | | | ACCOUNT TOTALS | | 10,615.01 | 10,615.01 | $0.00 |
| | | | Less: Bank Transfers | | 10,615.01 | 0.00 | |
| | | | Subtotal | | 0.00 | 10,615.01 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $10,615.01 | |

{} Asset reference(s)                                                                                       Printed: 10/20/2011 01:57 PM    V.12.57

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| **Case Number:** | 10-28458 | | **Trustee:** | MICHAEL G. BERLAND (520196) |
| **Case Name:** | GALLAGHER, ROBERT M. | | **Bank Name:** | The Bank of New York Mellon |
| | GALLAGHER, TRUDY BERGESON | | **Account:** | 9200-******55-67 - Money Market Account |
| **Taxpayer ID #:** | **-***5146 | | **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Period Ending:** | 10/20/11 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/07/11 | | From Account #9200******5565 | Transfer for purpose of final distribution | 9999-000 | 10,615.00 | | 10,615.00 |
| 07/13/11 | Int | The Bank of New York Mellon | Current Interest Rate is  0.0100% | 1270-000 | 0.01 | | 10,615.01 |
| 07/13/11 | | To Account #9200******5566 | Transfer for purpose of final distribution | 9999-000 | | 10,615.01 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **10,615.01** | **10,615.01** | **$0.00** |
| | | | Less: Bank Transfers | | 10,615.00 | 10,615.01 | |
| | | | **Subtotal** | | **0.01** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.01** | **$0.00** | |

```
          Net Receipts :        21,442.01
Less Payments to Debtor :        3,680.00
                               _____
             Net Estate :      $17,762.01
```

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # 9200-******55-65** | 21,442.00 | 7,147.00 | 0.00 |
| **Checking # 9200-******55-66** | 0.00 | 10,615.01 | 0.00 |
| **MMA # 9200-******55-67** | 0.01 | 0.00 | 0.00 |
| | $21,442.01 | $17,762.01 | $0.00 |